UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
------------------------------------------------------------------X
INDEMNITY INSURANCE COMPANY OF NORTH
AMERICA a/s/o EASTMAN CHEMICAL COMPANY,

        Plaintiff,

    - against –

GLOBAL TERMINAL & CONTAINER SERVICES, LLC
and HAPAG-LLOYD AG,

        Defendants.
------------------------------------------------------------------X

2013 Civ. 03620 (CCC)(JAD)

**STIPULATION
OF DISMISSAL**

It is hereby stipulated and agreed, by and between the undersigned, attorneys for the
parties herein, in accordance with the provisions of Rule 41(a) of the Federal Rules of Civil
Procedure that the above captioned matter has and hereby is discontinued with prejudice and
without costs to either party.

Dated: New York, New York
      November 26, 2013
      115-1276

Casey & Barnett, LLP
Attorneys for Plaintiff

By: _Martin F Casey_
    Martin F. Casey
    25 Prospect Street
    Morristown, NJ 07960
    (212) 286-0225

Freehill. Hogan & Mahar, LLP
Attorneys for Defendant, Hapag-Lloyd
A.G.

By: _Michael Fernandez_
    Michael Fernandez, Esq.
    549 Summit Avenue
    Jersey City, NJ 07306-2701
    (212) 425-1900